## NOT FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1695

JOSEPH L. ROY

VERSUS

YVETTE BOURQUE, ET AL

* * * * * * *
APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, DOCKET NO. 995175
HONORABLE MARILYN C. CASTLE, PRESIDING

* * * * * * *
**SYLVIA R. COOKS**
**JUDGE**
* * * * * * *

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Sylvia R. Cooks and Oswald A. Decuir, Judges.

**AFFIRMED.**

Stacy Knox Villemarette
Cloyd, Wimberly & Villamarette, L.L.C.
900 South College Road, Suite 200
P.O. Box 53951
Lafayette, LA 70505-3951
Telephone: (337) 289-6906
COUNSEL FOR APPELLANT:
        State Farm Mutual Automobile Insurance Company

Jeff R. Rytlewski
345 Doucet Road, Suite 104-A
Lafayette, LA 70503
Telephone: (337) 983-0170
COUNSEL FOR APPELLEE:
        Hartford Casualty Insurance Company